RECEIVED
MAY - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC.

    Plaintiff,

v.

AU OPTRONICS CORPORATION ET AL.

    Defendant.

CASE NO. 10-cv-5625 SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Rachel S. Black, whose business address and telephone number is

Susman Godfrey L.L.P.
1201 Third Avenue
Seattle Washington 98101-3000   (206) 516-3899

and who is an active member in good standing of the bar of Western District of Washington having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ALFRED H. SIEGEL, TRUSTEE

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/3/11

_____
Hon. Susan Illston
United States District Judge