CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
VERONICA L. HARRIS (CA SBN 256120)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
vharris@nossaman.com

Attorneys for defendants AU OPTRONICS CORPORATION
and AU OPTRONICS CORPORATION AMERICA

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; HITACHI, LTD.; HITACHI | CASE NO. 10-cv-5625 SI <br><br> Master File No. 07-md-1827 SI <br><br> MDL No. 1827 SI <br><br><br> **STIPULATION AND [PROPOSED]ORDER EXTENDING TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

DISPLAYS, LTD.; AND HITACHI
ELECTRONIC DEVICES (USA), INC.,

    Defendants.

WHEREAS, plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City Trust"), filed a complaint in the above-captioned case against defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Chunghwa Picture Tubes, Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Stipulating Defendants") on December 10, 2010;

WHEREAS, Circuit City Trust and all Stipulating Defendants except Chunghwa Picture Tubes, Ltd. and Tatung Company of America entered into a Stipulation of Extension of Time to Respond to Complaint and Waiver of Service dated February 2, 2011, which provided that those defendants thereto would accept service of the Complaint filed by Circuit City Trust and would have ninety (90) days in which to respond to the Complaint (the "Initial Stipulation"). The Initial Stipulation was entered by the Court on February 4, 2011 (Document 2410 in 3:07-md-01827).

WHEREAS, Circuit City Trust and Tatung Company of America entered into a Stipulation of Extension of Time for Defendant Tatung Company of America to Respond to Complaint dated February 23, 2011, which provided that Tatung would have the same time period as provided in the Initial Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Tatung Stipulation"). The Tatung Stipulation was entered by the Court on February 23, 2011 (Document 18 in 3:10-cv-05625).

WHEREAS, on March 24, 2011, the Court entered an Order Granting Plaintiff's Motion for Order to Serve Defendant Chunghwa Picture Tubes Through Its U.S. Counsel (Document 2584 in 3:07-md-01827).  Following that order, Circuit City Trust entered into a Stipulation of Extension of Time for Defendant Chunghwa Picture Tubes to Respond to Complaint dated March 25, 2011, which provided that Chunghwa would have the same time period as provided in the Initial Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Chunghwa Stipulation").  The Chunghwa Stipulation was entered by the Court on March 28, 2011 (Document 26 in 3:10-cv-05625).

WHEREAS, on May 5, 2011 Circuit City Trust filed its Amended Complaint, and defendants filed a Motion to Dismiss on June 6, 2011.

WHEREAS, Circuit City Trust desires to file a Second Amended Complaint.

WHEREAS, in order to avoid potentially redundant motion practice, briefing and/or responsive pleadings, Circuit City Trust and Stipulating Defendants agreed and so stipulated that the Second Amended Complaint should be filed on or before June 27, 2011.

WHEREAS, on June 23, 2011, this Court issued an Order Permitting Plaintiff to File Second Amended Complaint on or before June 27, 2011.

WHEREAS Circuit City Trust desires a ten day extension to file its Second Amended Complaint, and Stipulating Defendants agreed and so stipulated.

THEREFORE, Circuit City Trust and Stipulating Defendants hereby agree:

1.     The Circuit City Trustee may file a Second Amended Complaint on or before July 7, 2011;

2.     Defendants will have thirty (30) days from the date on which the Second Amended Complaint is filed and accepted for filing by the Court in which to move to dismiss, answer or otherwise respond to the Amended Complaint, with an Opposition to be filed 14 days after the filing and service of the Motion, with a Reply to be filed 10 days after the filing and service of the Opposition.

Plaintiff and Stipulating Defendants further and jointly respectfully request that the Court enter this stipulation as an order.

//

//

1   SO STIPULATED:

2   Dated:   June 27, 2011

3                                                    NOSSAMAN LLP

4

5   By: _s/Christopher A. Nedeau (with permission)_
                                                     Christopher A. Nedeau

6                                                    Christopher A. Nedeau (Bar No. 81297)
                                                     50 California Street, 34th Floor
7                                                    San Francisco, CA  94111
                                                     Tel:  (415) 398-3600
8                                                    Fax:  (415) 398-2438

9                                                    Attorneys for Defendants
                                                     AU OPTRONICS CORPORATION AND
10                                                   AU OPTRONICS CORPORATION
                                                     AMERICA

11

12                                                   SUSMAN GODFREY L.L.P.

13

14                                                   By: _s/Kenneth S. Marks_____
                                                         Kenneth S. Marks

15

16                                                   Kenneth S. Marks (*PRO HAC VICE*)
                                                     1000 Louisiana Street, Suite 5100
17                                                   Houston, Texas 77002
                                                     (713) 653-7854  (Direct)
18                                                   (713) 654-3381  (Fax)

19                                                   Attorneys for Plaintiff ALFRED H. SIEGEL,
                                                     AS TRUSTEE OF THE CIRCUIT CITY
20                                                   STORES, INC. LIQUIDATING TRUST

21

22

23

24

25

26

27

28

1

2

DAVIS POLK & WARDWELL LLP

3

4

By:   s/Christopher B. Hockett (with permission)
        Christopher B. Hockett

5

6

7

8

Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111

9

10

11

12

Attorneys for Defendants
CHI MEI OPTOELECTRONICS CORP.
(sued as CHIMEI INNOLUX CORP.),
CMO JAPAN CO., LTD., and CHI MEI
OPTOELECTRONICS USA, INC.

13

14

GIBSON, DUNN & CRUTCHER LLP

15

16

By:  s/Rachel S. Brass (with permission)
        Rachel S. Brass

17

18

19

Rachel S. Brass (Bar No. 219301)
555 Mission Street
San Francisco, CA  94105-2933
Tel:  (415) 393-8200
Fax:  (415) 393-8306

20

21

22

Attorneys for DefendantS
CHUNGHWA PICTURE TUBES, LTD.
and TATUNG COMPANY OF
AMERICA, INC.

23

24

25

26

27

28

STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

MORRISON & FOERSTER LLP


By: _s/Stephen P. Freccero_ (with permission)
       Stephen P. Freccero

       Melvin R. Goldman (Bar No. 34097))
       Stephen P. Freccero (Bar No. 131093)
       Derek F. Foran (Bar No. 224569)
       425 Market Street
       San Francisco, CA  94105-2482
       Tel:  (415) 268-7000
       Fax:  (415) 268-7522

       Attorneys for Defendants
       EPSON IMAGING DEVICES
       CORPORATION AND EPSON
       ELECTRONICS AMERICA, INC.


K&L GATES LLP


By: _s/Hugh F. Bangasser_ (with permission)
       Hugh F. Bangasser

       Hugh F. Bangasser, (*Pro Hac Vice*)
       Ramona M. Emerson, (*Pro Hac Vice*)
       Christopher M. Wyant, (*Pro Hac Vice*)
       Jeffrey L. Bornstein, Bar No. 99358
       925 Fourth Avenue, Suite 290
       Seattle, WA  98104
       Tel: (206) 623-7580
       Fax: (206) 623-7022

       Attorneys for Defendants HANNSTAR
       DISPLAY CORPORATION

1

2

MORGAN, LEWIS & BOCKIUS LLP

3

4

By: s/Kent M. Roger (with permission)
    Kent M. Roger

5

6

Kent M. Roger (Bar No. 95987)
One Market, Spear Street Tower
San Francisco, CA  94105
Tel: (415) 442-1140
Fax: (415) 442-1001

7

8

9

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS,
LTD., HITACHI ELECTRONIC
DEVICES (USA), INC.

10

11

12

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

13

14

15

By: s/Michael R. Lazerwitz (with permission)
    Michael R. Lazerwitz

16

17

Michael R. Lazerwitz (*Pro Hac Vice*)
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
Tel:  (202) 974-1500
Fax:  (202) 974-1999

18

19

20

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG
DISPLAY AMERICA, INC.

21

22

23

24

25

26

27

28

STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

1

2

COVINGTON & BURLING LLP

3

4
By: _s/Timothy C. Hester_ (with permission)
    Timothy C. Hester

5
Timothy C. Hester, (*Pro Hac Vice*)

6
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  (202) 662-6000

7
Fax:  (202) 662-6291

8
Attorneys for Defendants

9
SAMSUNG ELECTRONICS AMERICA,
INC., SAMSUNG SEMICONDUCTOR,
INC., and SAMSUNG ELECTRONICS

10
CO., LTD.

11

12
PILLSBURY WINTHROP SHAW PITTMAN
LLP

13

14
By _s/John M. Grenfell_ (with permission)
   John M. Grenfell

15

16
John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105

17
Tel: (415) 983-1000
Fax: (415) 983-1200

18

19
Attorneys for Defendants
SHARP CORPORATION AND SHARP
ELECTRONICS CORPORATION

20

21

22

23

24

25

26

27

28

STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

1

2

WHITE & CASE LLP

3

By:  s/John H. Chung   (with permission)

4

John H. Chung

5

John H. Chung, (*Pro Hac Vice*)
1155 Avenue of the Americas

6

New York, NY  10036
Tel:  (212) 819-8200

7

Fax:  (212) 354-8113

8

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA

9

MOBILE DISPLAY TECHNOLOGY CO.,
LTD., TOSHIBA AMERICA

10

INFORMATION SYSTEMS, INC.,
TOSHIBA AMERICA ELECTRONIC

11

COMPONENTS, INC.

12

13   **IT IS SO ORDERED.**

14

15   Date Entered:_____6/27/11_____ _____

16

17

The Honorable Susan Y. Illston

18   District Court Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT