KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
MINNA L. NARANJO, State Bar No. 259005
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
mnaranjo@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

**[Additional defendants and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 10-cv-5625 SI<br><br>Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Susan Illston |

WHEREAS plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"), filed a Second Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, ChiMei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes Ltd., Tatung Company of America, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Displays America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co., Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd. (collectively, "Stipulating Defendants"), on July 7, 2011;

WHEREAS the Court denied Stipulating Defendants' motion to dismiss the Second Amended Complaint on September 15, 2011;

WHEREAS the Stipulating Defendants' deadline to respond to the Second Amended Complaint currently is September 29, 2011;

WHEREAS extending the Stipulating Defendants' time to respond to the Second Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Circuit City and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer to the Second Amended Complaint shall be October 17, 2011.

Dated: September 21, 2011

SUSMAN GODFREY LLP

By /s/ Kenneth S. Marks
Kenneth S. Marks

Kenneth S. Marks (*pro hac vice*)
H. Lee Godfrey (*pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666
kmarks@susmangodfrey.com
lgodfrey@susmangodfrey.com

David H. Orozco (State Bar No. 220732)
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff
ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Kent M. Roger
Kent M. Roger

Kent M. Roger (Bar No. 95987)
Herman J. Hoying (Bar No. 257495)
Minna L. Naranjo (Bar No. 259005)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
kroger@morganlewis.com
hhoying@morganlewis.com
mnaranjo@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. and HITACHI ELECTRONIC DEVICES (USA), INC.

DAVIS POLK & WARDWELL LLP

By: s/Christopher B. Hockett
    Christopher B. Hockett

Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
Micah G. Block (Bar No. 270712)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted *pro hac vice*)
Bradley R. Hansen (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

Attorneys for Defendants CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC., and NEXGEN MEDIATECH USA, INC.

GIBSON, DUNN & CRUTCHER LLP

By: s/Rachel S. Brass________________
Rachel S. Brass

Rachel S. Brass (Bar No. 219301)
555 Mission Street
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and TATUNG COMPANY OF AMERICA, INC.

MORRISON & FOERSTER LLP

By: s/Stephen P. Freccero________________
Stephen P. Freccero

Melvin R. Goldman (Bar No. 34097))
Stephen P. Freccero (Bar No. 131093)
Derek F. Foran (Bar No. 224569)
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
EPSON IMAGING DEVICES CORPORATION and EPSON ELECTRONICS AMERICA, INC.

K&L GATES LLP

By: s/ Ramona M. Emerson________________
Ramona M. Emerson

Hugh F. Bangasser, (admitted *pro hac vice)*
Ramona M. Emerson, (admitted *pro hac vice*)
Christopher M. Wyant, (admitted *pro hac vice*)
925 Fourth Avenue, Suite 290
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein (Bar No. 99358)
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

NOSSAMAN LLP

By: s/ Christopher A. Nedeau________________
Christopher A. Nedeau

Christopher A. Nedeau (Bar No. 81297)
Patrick J. Richard (Bar No. 131046)
Katharine Chao (Bar No. 247571)
50 California Street, 34th Floor
San Francisco, CA 94111
Tel: (415) 398-3600
Fax: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION. and AU OPTRONICS CORPORATION AMERICA

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: s/Michael R. Lazerwitz_______________
Michael R. Lazerwitz

Michael R. Lazerwitz (admitted *pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
mlazerwitz@cgsh.com

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.

COVINGTON & BURLING LLP

By: s/ Robert D. Wick________________
Robert D. Wick

Robert D. Wick (admitted *pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG ELECTRONICS CO., LTD.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _s/John M. Grenfell___________________
John M. Grenfell

John M. Grenfell (Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

WHITE & CASE LLP

By: s/John H. Chung_____________________
John H. Chung

John H. Chung (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

Christopher M. Curran (admitted *pro hac vice*)
Kristen J. McAhren (admitted *pro hac vice*)
701 13th Street, NW
Washington DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that the concurrence of the signatories thereto has been obtained.

/s/ Kent M. Roger
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Case3:10-cv-05625-SI Document56 Filed09/22/11 Page10 of 10

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: September __21, 2011

By ______________________
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)