KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
MINNA L. NARANJO, State Bar No. 259005
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:  415.442.1000
Facsimile:  415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
mnaranjo@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

**[Additional defendants and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 10-cv-5625 SI<br><br>Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Susan Illston |

1    WHEREAS plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc.
2  Liquidating Trust ("Circuit City"), filed a Second Amended Complaint in the above-captioned
3  case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc.,
4  Chi Mei Corporation, ChiMei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO
5  Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes
6  Ltd., Tatung Company of America, Inc., Epson Imaging Devices Corporation, Epson Electronics
7  America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Displays America, Inc.,
8  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America,
9  Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America
10 Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile
11 Display Co., Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi,
12 Ltd. (collectively, "Stipulating Defendants"), on July 7, 2011;
13    WHEREAS the Court denied Stipulating Defendants' motion to dismiss the Second
14 Amended Complaint on September 15, 2011;
15    WHEREAS the Stipulating Defendants' deadline to respond to the Second Amended
16 Complaint currently is September 29, 2011;
17    WHEREAS extending the Stipulating Defendants' time to respond to the Second
18 Amended Complaint will not alter the date of any other event or deadline already fixed by the
19 Court;
20    THEREFORE, Circuit City and the Stipulating Defendants hereby agree:
21    1.    The Stipulating Defendants' deadline to answer to the Second Amended
22 Complaint shall be October 17, 2011.

| | |
|---|---|
| Dated: September 21, 2011 | SUSMAN GODFREY LLP |
| | |
| | By   /s/ Kenneth S. Marks |
| |      Kenneth S. Marks |
| | |
| | Kenneth S. Marks (*pro hac vice*) |
| | H. Lee Godfrey (*pro hac vice*) |
| | 1000 Louisiana Street, Suite 5100 |
| | Houston, Texas  77002-5096 |
| | Tel:  (713) 651-9366 |
| | Fax:  (713) 654-6666 |
| | kmarks@susmangodfrey.com |
| | lgodfrey@susmangodfrey.com |
| | |
| | David H. Orozco (State Bar No. 220732) |
| | 1901 Avenue of the Stars, Suite 950 |
| | Los Angeles, California 90067-6029 |
| | Tel:  (310) 789-3100 |
| | Fax:  (310) 789-3150 |
| | |
| | Attorneys for Plaintiff |
| | ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST |
| | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By   /s/ Kent M. Roger |
| |      Kent M. Roger |
| | |
| | Kent M. Roger (Bar No. 95987) |
| | Herman J. Hoying (Bar No. 257495) |
| | Minna L. Naranjo (Bar No. 259005) |
| | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| | Tel:  (415) 442-1000 |
| | Fax:  (415) 442-1001 |
| | kroger@morganlewis.com |
| | hhoying@morganlewis.com |
| | mnaranjo@morganlewis.com |
| | |
| | Attorneys for Defendants |
| | HITACHI, LTD., HITACHI  DISPLAYS, LTD. and HITACHI ELECTRONIC DEVICES (USA), INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

| | |
|---|---|
| 1 | DAVIS POLK & WARDWELL LLP |
| 2 | By: s/Christopher B. Hockett |
| 3 | Christopher B. Hockett |
| 4 | Christopher B. Hockett (Bar No. 121539) |
| 5 | Neal A. Potischman (Bar No. 254862) |
|   | Sandra West (Bar No. 250389) |
| 6 | Samantha H. Knox (Bar No. 254427) |
|   | Micah G. Block (Bar No. 270712) |
| 7 | 1600 El Camino Real |
|   | Menlo Park, California  94025 |
| 8 | (650) 752-2000 / (650) 752-2111 |
|   | chris.hockett@davispolk.com |
| 9 | neal.potischman@davispolk.com |
|   | sandra.west@davispolk.com |
| 10 | samantha.knox@davispolk.com |
| 11 | micah.block@davispolk.com |
| 12 | Jonathan D. Martin (admitted *pro hac vice*) |
| 13 | Bradley R. Hansen (admitted *pro hac vice*) |
|   | DAVIS POLK & WARDWELL LLP |
| 14 | 450 Lexington Avenue |
|   | New York, NY 10017 |
| 15 | (212) 450-4000 / (212) 701-5800 |
|   | jonathan.martin@davispolk.com |
| 16 | bradley.hansen@davispolk.com |
| 17 | Attorneys for Defendants CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC., and NEXGEN MEDIATECH USA, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4    STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

1  GIBSON, DUNN & CRUTCHER LLP

2

3  By: s/Rachel S. Brass
        Rachel S. Brass

4

5  Rachel S. Brass (Bar No. 219301)
   555 Mission Street
   San Francisco, CA  94105-2933
6  Tel:  (415) 393-8200
   Fax:  (415) 393-8306

7

8  Attorneys for Defendants
   CHUNGHWA PICTURE TUBES, LTD. and
   TATUNG COMPANY OF AMERICA, INC.

9

10

11

   MORRISON & FOERSTER LLP
12

13  By: s/Stephen P. Freccero
        Stephen P. Freccero

14

   Melvin R. Goldman (Bar No. 34097))
15  Stephen P. Freccero (Bar No. 131093)
   Derek F. Foran (Bar No. 224569)
16  425 Market Street
   San Francisco, CA  94105-2482
17  Tel:  (415) 268-7000
   Fax:  (415) 268-7522

18

19  Attorneys for Defendants
   EPSON IMAGING DEVICES CORPORATION
   and EPSON ELECTRONICS AMERICA, INC.
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|   |   |
|---|---|
| 1 | K&L GATES LLP |
| 2 |   |
| 3 | By: s/ Ramona M. Emerson_____ |
|   | Ramona M. Emerson |
| 4 |   |
| 5 | Hugh F. Bangasser, (admitted *pro hac vice)* |
|   | Ramona M. Emerson, (admitted *pro hac vice*) |
|   | Christopher M. Wyant, (admitted *pro hac vice*) |
| 6 | 925 Fourth Avenue, Suite 290 |
|   | Seattle, WA  98104 |
| 7 | Tel: (206) 623-7580 |
|   | Fax: (206) 623-7022 |

Lines 1–12:

K&L GATES LLP

By:  s/ Ramona M. Emerson_____
       Ramona M. Emerson

Hugh F. Bangasser, (admitted *pro hac vice)*
Ramona M. Emerson, (admitted *pro hac vice*)
Christopher M. Wyant, (admitted *pro hac vice*)
925 Fourth Avenue, Suite 290
Seattle, WA  98104
Tel: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein (Bar No. 99358)
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Tel:  (415) 249-1059
Fax:  (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION


NOSSAMAN LLP


By: s/ Christopher A. Nedeau_____
       Christopher A. Nedeau

Christopher A. Nedeau (Bar No. 81297)
Patrick J. Richard (Bar No. 131046)
Katharine Chao (Bar No. 247571)
50 California Street, 34th Floor
San Francisco, CA  94111
Tel:  (415) 398-3600
Fax:  (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION. and AU OPTRONICS CORPORATION AMERICA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

| | |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | |
| 3 | By: s/Michael R. Lazerwitz_____<br>      Michael R. Lazerwitz |
| 4 | Michael R. Lazerwitz (admitted *pro hac vice*) |
| 5 | Jeremy J. Calsyn (State Bar No. 205062)<br>Lee F. Berger (State Bar No. 222756) |
| 6 | One Liberty Plaza<br>New York, NY 10006 |
| 7 | Tel:  (212) 225-2000<br>Fax:  (212) 225-3999 |
| 8 | mlazerwitz@cgsh.com |
| 9 | Attorneys for Defendants<br>LG DISPLAY CO., LTD., and LG DISPLAY |
| 10 | AMERICA, INC. |
| 11 | |
| 12 | |
| 13 | COVINGTON & BURLING LLP |
| 14 | By:  s/ Robert D. Wick_____<br>      Robert D. Wick |
| 15 | |
| 16 | Robert D. Wick (admitted *pro hac vice*)<br>1201 Pennsylvania Avenue, N.W. |
| 17 | Washington, D.C.  20006<br>Tel:  (202) 662-6000 |
| 18 | Fax:  (202) 662-6291 |
| 19 | Attorneys for Defendants<br>SAMSUNG ELECTRONICS AMERICA, INC., |
| 20 | SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG ELECTRONICS CO., LTD. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7    STIPULATION AND [PROPOSED] ORDER
         (CASE NO. 10-CV-5625 SI)

```
 1
 2
 3                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
 4                                    By  s/John M. Grenfell
                                              John M. Grenfell
 5
                                      John M. Grenfell (Bar No. 88500)
 6                                    50 Fremont Street
                                      San Francisco, CA 94105
 7                                    Tel: (415) 983-1000
                                      Fax: (415) 983-1200
 8
                                      Attorneys for Defendants
 9                                    SHARP CORPORATION AND SHARP
                                      ELECTRONICS CORPORATION
10
11
12                                    WHITE & CASE LLP
13
14                                    By:  s/John H. Chung
                                              John H. Chung
15
                                      John H. Chung (admitted *pro hac vice*)
16                                    1155 Avenue of the Americas
                                      New York, NY  10036
17                                    Tel:  (212) 819-8200
                                      Fax:  (212) 354-8113
18
                                      Christopher M. Curran (admitted *pro hac vice*)
19                                    Kristen J. McAhren (admitted *pro hac vice*)
                                      701 13th Street, NW
20                                    Washington DC 20005
                                      Tel:  (202) 626-3600
21                                    Fax:  (202) 639-9355
22                                    Attorneys for Defendants
                                      TOSHIBA CORPORATION, TOSHIBA MOBILE
23                                    DISPLAY TECHNOLOGY CO., LTD., TOSHIBA
                                      AMERICA INFORMATION SYSTEMS, INC.,
24                                    TOSHIBA AMERICA ELECTRONIC
                                      COMPONENTS, INC.
25
26
27
28
```

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8                       STIPULATION AND [PROPOSED] ORDER
                              (CASE NO. 10-CV-5625 SI)

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that the concurrence of the signatories thereto has been obtained.

<u>/s/ Kent M. Roger</u>
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

### **[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: September __21_, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

10

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)