CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nossaman.com
CARL L. BLUMENSTEIN (SBN 124158)
cblumenstein@nossaman.com
NATASHA A. SAGGAR SHETH (SBN 282896)
nsaggarsheth@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111-4624
Telephone:   (415) 398-3600
Facsimile:   (415) 398-2438

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To Individual Case No.:<br><br>*Siegel v. AU Optronics Corporation, et al.,*<br>Case No. 3:10-cv-05625 SI | **JOINT STATUS REPORT**<br><br>Date:   January 14, 2015<br>Time:   11:00 a.m.<br>Place:  Telephonic conference<br>Judge:  The Honorable Susan Illston |

Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively, hereinafter, "AUO") and Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"), jointly provide this status report in anticipation of this Court's January 14, 2015 telephonic status conference.

### I. Procedural Status.

The only remaining defendants in the case are AUO and HannStar Display Corporation. Discovery is closed and this Court has already ruled on dispositive motions. A trial date has been set for July 13, 2015 (MDL Dkt No. 9005), and the parties have stipulated to a schedule for pretrial exchanges. (MDL Dkt. No. 9354).

Defendants have filed a motion to continue the trial date in this case to October 19, 2015, so that it may be tried concurrently with the Track 3 cases. (MDL Dkt No. 9352). Circuit City opposes the motion for continuance. (MDL Dkt No. 9365). This Court has scheduled a hearing on that motion for January 16, 2015 at 9:00 a.m.

### II. Claims Asserted.

Circuit City is only pursuing its claim for damages under the Sherman Act; its state law claims have been dismissed with prejudice. (MDL Dkt. Nos. 8822, 8954).

### III. Status of Settlement.

Circuit City and AUO have made several unsuccessful attempts at settlement, and AUO now seeks the assistance of this Court to discuss procedures that might facilitate resolution of this case.

///
///
///
///
///
///
///

DATED: January 12, 2015

Respectfully submitted,

NOSSAMAN LLP
Christopher A. Nedeau
Carl L. Blumenstein
Natasha A. Saggar Sheth
50 California Street, 34th Floor
San Francisco, CA 94111
T: (415) 398-3600; F: (415) 398-2438

By _____/s/ Carl L. Blumenstein_____
Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America


SUSMAN GODFREY LLP

Kenneth S. Marks
Johnny William Carter
Jonathan J. Ross
1000 Louisiana Street, Suite 5100
Houston, TX 77002
T: (713) 651-9366; F: (713) 654-6666

By _____/s/ Kenneth S. Marks_____
Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust


**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.