CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nossaman.com
CARL L. BLUMENSTEIN (SBN 124158)
cblumenstein@nossaman.com
NATASHA A. SAGGAR SHETH (SBN 282896)
nsaggarsheth@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4624
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case<br>Case No. 3:10-cv-05625 SI<br><br>ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>    Defendants. | CASE NO. 3:07-md-1827 SI<br><br>MDL No. 1827<br>CASE NO. 3:10-CV-05625 SI<br><br>**DECLARATION OF CARL L BLUMENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE TRIAL DATE**<br><br>Date: February 6, 2015<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |

I, Carl L. Blumenstein, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner at the law firm of Nossaman LLP, counsel of record for defendants AU Optronics Corporation and AU Optronics Corporation America. Except where noted, I make this declaration based on my own personal knowledge and, if called upon to do so, I could competently testify to the matters stated herein.

2. Since Defendants first filed their Motion to Continue Trial Date on December 12, 2014, there have been several developments that may be pertinent to the Court's consideration of the Motion. I submit this additional declaration to apprise the Court of those developments.

3. In our moving papers (Dkt. No. 9352), we informed the Court of which parties remained in the four MDL cases that are scheduled to be tried in this Court. I am informed and believe that additional settlements have been reached, even though dismissals may not yet have been filed. The LG Display Defendants and the NEC Defendants have settled out of *Acer America Corp., et al v. Hitachi Ltd., et al*, Case No. 3:13-cv-03349 SI, one of the pending Track 3 cases. Only the Toshiba entities remain in that case. Currently, each of the Track 3 cases is comprised of just one plaintiff and one defendant family. If the Court consolidated the *Circuit City* trial with the Track 3 trial (as requested by defendants' present motion), four plaintiffs and four defendants would be party to the consolidated trial, as follows:

| **Plaintiff** | **Remaining Defendants** |
|---|---|
| Siegel (Circuit City) | • AU Optronics <br> • HannStar |
| Proview | • Chi Mei Innolux |
| Home Depot | • AU Optronics |
| Acer America | • Toshiba |

4. Since this motion was filed, the trial date in *State of Washington v. AU Optronics Corp., et al.* was moved from April to May 18, 2015. The AUO Defendants have settled with the Washington Attorney General, and will not proceed to trial in in that case.

1
DECLARATION OF CARL L. BLUMENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE TRIAL DATE

5. The AUO Defendants have settled with the Mississippi Attorney General, and will not proceed to trial in *State of Mississippi v. AU Optronics Corp., et al.*, which is scheduled for trial on September 28, 2015. HannStar Display Corporation remains a defendant in the above-captioned and also, on information and belief, remains a defendant in the Mississippi action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 2, 2015 in San Francisco, California.

_____
Carl L. Blumenstein